In the Matter of the Application of JOHN L. ARMSTRONG for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, etc., to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, ▉ to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Motion to dismiss appeal denied with leave to renew if the appeal be not promptly prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS KASS v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. — Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUELLA B. OLDRIDGE v. ALFRED N. OLDRIDGE.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

TWELVE-TWENTY FOUR BROADWAY REALTY CORPORATION v. SHIRE REALTY CORPORATION and Others.—Appeal discontinued, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AGNES DUGGAN, an Infant, etc., and Others v. MICHEL KIRTLAND, as Receiver, etc.—Appeal discontinued and withdrawn, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

YORK MORTGAGE CORPORATION v. ALFRED B. CARLEIGH & Co., INC., and Others, and GENNARO MILANESE.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLTON MILLS v. BAKER & WILLIAMS and Others, Impleaded with the AMALGAMATED BANK OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HUEY MACK.— Motion to dismiss appeal granted unless the appellant procure the record on appeal and appellant's points to be filed on or before January 1, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SHERWOOD SHOE COMPANY v. BELGIAN LEATHER CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied but without prejudice to renewal if the utmost diligence is not had from now on. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY v. J. CLARK DULANY and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed with notice of argument so that the appeal can be argued or submitted on or before January 22, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Arbitration between EDMUND WRIGHT-GINSBURG Co., INC., and Others v. HARRY GOLDINGER and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the appellants' points to be filed on or before December 9, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.